| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ODNEY BREDY<br>541 MOREE LOOP<br>WINTER SPRINGS FL 32708 | FILED JAN 1 7 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: Deputy Clerk<br><br>FILED Rec'd JAN - 9 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: Deputy Clerk |
| ☑ Individual appearing without attorney<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| In re: QUALITY HOME LOANS | CASE NO.: 1:07-13006-GM and chapter 11 |
|---|---|
| | CHAPTER: SELECT CHAPTER |
| Debtor(s). | **MOTION FOR ORDER RELEASING UNCLAIMED FUNDS** |

I, under penalty of perjury under the laws of the United States declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $1041.23 which is the sum of all monies deposited with the court on the following date(s) 10-20-2016 on behalf of the creditor ODNEY BREDY _____

   on claim number(s) UNKNOWN _____.

2. Please check and complete the applicable subparagraph(s) below:

   a. ☑  I am the creditor named in paragraph 1.

   b. ☐  I am an employee of the creditor named in paragraph 1 and my title is _____.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   c. ☐  I am the creditor and have appointed _____ as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                Page 1                F 3011-1.MOTION.UNCLAIMED.FUNDS

    d. ☐ Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (*submit evidence establishing basis for right to obtain payment*): _____

3. Please complete each of the following subparagraphs:

    a. The following is the creditor's address and phone number:
   ODNEY BREDY
   541 MOREE LOOP
   WINTER SPRINGS FL 32708
   Tel: (786) 586-1736

    b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):
   I MOVED FROM MY ORIGINAL ADDRESS FROM 2007 AND THEREFORE I NEVER RECEIVED THE AFOREMENTIONED $1041.23

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012          Page 2          F 3011-1.MOTION.UNCLAIMED.FUNDS

_(Signature)_
Signature of creditor/successor

(Corporate seal

If applicable)

ODNEY BREDY
Printed creditor's/successor's name

541 MOREE LOOP
Creditor's/successor's address

WINTER SPRINGS FL 32708

STATE OF ~~CALIFORNIA~~ Florida, COUNTY OF Orange

On 1/04/17 _____ before me, personally appeared _(insert name and title of the signer)_
Odney Bredy
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_(Signature)_
Notary Public

(SEAL)

My commission expires on June 26, 2020

MONIQUE MATOS
Notary Public, State of Florida
Commission# GG 5591
My comm. expires June 26, 2020

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 3                    F 3011-1.MOTION.UNCLAIMED.FUNDS

_____
*Signature of attorney/attorney-in-fact (if appointed)*

_____
Printed name

_____
Address

_____

_____


STATE OF CALIFORNIA, COUNTY OF _____

On _____ before me, personally appeared *(insert name and title of the signer)*
_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.


(SEAL)

_____
Notary public

My commission expires on _____

Presented by:

_____
_____
_____

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 4                    **F 3011-1.MOTION.UNCLAIMED.FUNDS**

## PROOF OF SERVICE OF DOCUMENT

I hereby certify under penalty of perjury under the laws of the United States that on _____, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document entitled: **MOTION FOR ORDER RELEASING UNCLAIMED FUNDS** to the United States attorney's office, United States trustee's office, and other persons and entities required to be served by LBR 3011-1(b) and addressed as follows:

United States attorney's office
Address: 312 N. SPRING ST. STE, 1200 LOS ANGELES CA 90012

United States trustee's office
Address: 915 WILSHIRE BLVD, STE, 1850 LOS ANGELES CA 90017

Name and address of the trustee appointed in the case and the trustee's counsel, if any:

DAVID GOULD, TRUSTEE
23975 PARK SORRENTINO STE, 200
CALABASS CA 91302

Name and address of the Debtor, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

If Movant is not the original creditor or an employee thereof, insert the name and address of the original creditor and the creditor's counsel, if any:

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 1/4/2017    Printed Name: ODNEY BREDY    Signature: [signed]

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.